UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY MCGEE, | Case No. 23-cv-02113-JD |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE DISMISSAL** |
| CITY OF PALO ALTO, et al., | |
| Defendants. | |

On July 27, 2023, plaintiff's complaint was dismissed with leave to amend, and plaintiff was advised that failure to file an amended complaint by August 17, 2023, would result in dismissal of the action under Federal Rule of Civil Procedure 41(b). Dkt. No. 22. Because plaintiff did not file an amended complaint by that date, the case is dismissed without prejudice. The requests to substitute counsel for the defendants, Dkt. Nos. 24 & 25, are terminated as moot.

**IT IS SO ORDERED.**

Dated: September 26, 2023

JAMES DONATO
United States District Judge